ACCEPTED
06-15-00195-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/1/2015 4:06:47 PM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | |
| Appellate Case Style: Style: | JEFFREY MACDONALD |
| Vs. | State of Texas |
| Companion Case: | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

12/1/2015 4:06:47 PM

DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

### I. Appellant

| | |
|---|---|
| First Name: | JEFFREY |
| Middle Name: | |
| Last Name: | MACDONALD |
| Suffix: | |
| Appellant Incarcerated? | ☒ Yes ☐ No |
| Amount of Bond: | |
| Pro Se: | ○ |

### II. Appellant Attorney(s)

☒ Lead Attorney

| | |
|---|---|
| First Name: | EBB |
| Middle Name: | B. |
| Last Name: | MOBLEY |
| Suffix: | |

☒ Appointed ☐ District/County Attorney
☐ Retained ☐ Public Defender

| | |
|---|---|
| Firm Name: | ATTORNEY AT LAW |
| Address 1: | P.O. BOX 2309 |
| Address 2: | |
| City: | LONGVIEW |
| State: | Texas    Zip+4: 75606 |
| Telephone: | 903-757-3331    ext. |
| Fax: | 903-753-8289 |
| Email: | ebbmob@aol.com |
| SBN: | 14238000 |

Add Another Appellant/
Attorney

## III. Appellee

First Name: THE STATE OF TEXAS

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: ZAN

Middle Name: COLSON

Last Name: BROWN

Suffix:

☐ Appointed          ☒ District/County Attorney

☐ Retained           ☐ Public Defender

Firm Name: GREGG COUNTY

Address 1: 101 EAST METHVIN, SUITE 333

Address 2:

City: LONGVIEW

State: Texas          Zip+4: 75601

Telephone: 903-237-2673          ext.

Fax: 903-236-3701

Email: zan.brown@co.gregg.tx.us

SBN: 03205900

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Sex Offenses

Type of Judgment: Bench Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: November 17, 2015

Offense charged: 2 counts aggravated sexual assault of a child

Date of offense: September 19, 2014

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: November 18, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: LIFE IN PRISON

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:          ☐ Yes ☒ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☐ No   If yes, date filed:

Other: ☐ Yes ☐ No                          If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes ☐ No ☐ NA    If yes, date filed: UNKNOWN

Date of hearing:                          ☐ NA

Date of order:                            ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: **188TH DISTRICT COURT**

County: **GREGG**

Trial Court Docket Number (Cause no): **44,604-A**

Trial Court Judge (who tried or disposed of the case):

First Name: **DAVID**

Middle Name: **S.**

Last Name: **BRABHAM**

Suffix:

Address 1: **101 EAST METHVIN, SUITE 408**

Address 2:

City: **LONGVIEW**

State: **Texas**    Zip + 4: **75601**

Telephone: **903-237-2588**    ext.

Fax: **903-236-8603**

Email: **david.brabham@co.gregg.tx.us**

Clerk's Record:

Trial Court Clerk: ☒ District    ☐ County

Was clerk's record requested?    ☒ Yes ☐ No

If yes, date requested: **Nov 18, 2015**

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?    ☒ Yes ☐ No

Was reporter's record requested?    ☒ Yes ☐ No

Was the reporter's record electronically recorded?    ☐ Yes ☒ No

If yes, date requested: **Nov 18, 2015**

Were payment arrangements made with the court reporter/court recorder?    ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter        ☐ Court Recorder
☐ Official              ☐ Substitute

First Name: **GRELYN**

Middle Name:

Last Name: **FREEMAN**

Suffix:

Address 1: **101 EAST METHVIN, SUITE 408**

Address 2:

City: **LONGVIEW**

State: **Texas**    Zip + 4: **75601**

Telephone: **903-237-2688**    ext.

Fax: **903-236-8603**

Email: **grelyn.freeman@co.gregg.tx.us**

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [redacted]                    Court: [redacted]

Style: [redacted]

    Vs. [redacted]

## X. Signature

_____

Signature of counsel (or Pro Se Party)                    Date: December 1, 2015

_____                    State Bar No: 14238000

Printed Name:

Electronic Signature: /s/ EBB B. MOBLEY                    Name: EBB B. MOBLEY
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on December 1, 2015 .

_____

Signature of counsel (or pro se party)          Electronic Signature: /s/ EBB B. MOBLEY
    (Optional)

    State Bar No.: 14238000

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;

    (2) the name and address of each person served, and

    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: December 1, 2015

Manner Served: eServe

First Name: ZAN

Middle Name: COLSON

Last Name: BROWN

Suffix:

Law Firm Name: GREGG COUNTY

Address 1: 101 EAST METHVIN, SUITE 333

Address 2:

City: LONGVIEW

State Texas  Zip+4: 75601

Telephone: 903-237-2673  ext.

Fax: 903-236-3701

Email: zan.brown@co.gregg.tx.us